### IN the INTEREST OF K.A.

No. ED 102876

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 22, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied February 11, 2016

Application for Transfer Denied April 5, 2016

Kathleen Collins Dubois, Legal Services of Eastern Missouri, 501 S. Brentwood Blvd., Clayton, MO 63105, Attorney for Appellant.

Krista Peyton for Juvenile Officer, 501 S. Brentwood, St. Louis, MO 63105, Kimberly Lynn Steuterman, Stinson Leonard Street LLP, Co–Counsel for Respondent, 7700 Forsyth Blvd., Suite 100, St. Louis, MO 63105, Deborah C.M. Henry, Guardian Ad Litem for K.A., D.C, and D.C., Curtis, Heinz, Garrett & O'Keefe, P.C., 130 South Bemiston Avenue, Suite 200, St. Louis, MO 63105, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

### PER CURIAM

M.A. (Mother) appeals from the juvenile division of the trial court's judgment terminating Mother's parental rights to her children, K.A., D.C., and D.A.C. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).